**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 05 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10670 |
| Plaintiff - Appellee, | D.C. No. 4:13-cr-00822-JGZ-BPV-1 |
| v. | |
| JUAN CARLOS ARELLANO-RODRIGUEZ, a.k.a. Juan Carlos Arellano Rodriguez, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted September 30, 2014[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

Juan Carlos Arellano-Rodriguez appeals from the district court's judgment

and challenges his 41-month sentence for re-entry after deportation, in violation of

8 U.S.C. § 1326.  Pursuant to *Anders v. California,* 386 U.S. 738 (1967),

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Arellano-Rodriguez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Arellano-Rodriguez the opportunity to file a pro se supplemental brief. He has filed a supplemental brief, and the government has filed an answering brief.

Arellano-Rodriguez has waived his right to appeal his 41-month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED**.